Edward R. Nelson III (*admitted Pro Hac Vice*)
Texas Bar No. 00797142
Christopher G. Granaghan (*admitted Pro Hac Vice*)
Texas Bar No. 24078585
Carder W. Brooks (*admitted Pro Hac Vice*)
Texas Bar No. 24105536
Jinming Zhang (*admitted Pro Hac Vice*)
Virginia Bar. No. 96210
ed@nelbum.com
chris@nelbum.com
carder@nelbum.com
jinming@nelbum.com
NELSON BUMGARDNER CONROY P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111

Ryan E. Hatch (SBN 235577)
ryan@hatchlaw.com
HATCH LAW, PC
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066
Tel: 310-279-5079
Fax: 310-693-5328

**Attorneys for Plaintiff**
**ECOSAFE PACKAGING, LLC**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ECOSAFE PACKAGING, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> GPA USA, LLC, GPA GLOBAL CORPORATION, and GPA HONG KONG LIMITED, <br><br> *Defendants*. | CASE NO. 2:25-cv-10240-ODW-PD <br><br> **PLAINTIFF'S ANSWER TO GPA USA, LLC'S FIRST AMENDED COUNTERCLAIMS** <br><br> **DEMAND FOR JURY TRIAL** |

1  Plaintiff EcoSafe Packaging, LLC ("EcoSafe") files this answer to Defendant GPA USA, LLC's
2  amended counterclaims (ECF 37).
3  On November 25, 2025, EcoSafe properly served the Original Complaint (ECF 1) identifying GPA
4  Global Corporation as the sole defendant. On January 15, 2026, GPA USA, LLC answered and asserted
5  counterclaims (ECF 25), while alleging that GPA Global Corporation was erroneously named. GPA USA,
6  LLC also identified GPA Hong Kong Limited as a related, interested party in its Certification and Notice
7  of Interested Parties (ECF 26).
8  GPA Global Corporation did not file a responsive pleading. Further to GPA USA, LLC's assertion
9  regarding GPA Global Corporation, EcoSafe requested that GPA USA, LLC confirm: (i) that GPA Global
10 Corporation is unrelated to the "GPA Global" entity associated with the website gpaglobal.net (and
11 discussed in EcoSafe's original complaint), and is otherwise uninvolved with any of the accused GPA
12 products/activities; (ii) that GPA USA, LLC is the only proper party to answer EcoSafe's patent
13 infringement allegations; and (iii) that it will not oppose EcoSafe's inclusion of GPA Global Corporation
14 and/or any other "GPA" entity at a later date if discovery confirms they are proper parties.
15 After discussion, GPA USA, LLC declined to provide any of the requested confirmations. Thus,
16 EcoSafe amended its complaint to formally add GPA USA, LLC and GPA Hong Kong Limited as
17 defendants, in addition to GPA Global Corporation (*see* ECF 28), effectively mooting GPA USA, LLC's
18 responsive pleading. Nevertheless, out of an abundance of caution, EcoSafe responded to GPA USA,
19 LLC's counterclaims on February 5, 2026. GPA USA, LLC answered EcoSafe's first amended complaint
20 on February 17, 2026 and realleged counterclaims, to which EcoSafe hereby responds. All allegations not
21 expressly admitted are denied. With respect to the individually numbered paragraphs in GPA's
22 counterclaims, EcoSafe answers as set forth below.

23 **Nature of the Action**

24 1. EcoSafe admits that GPA's counterclaims purport to set forth claims for declaratory judgment for
25 non-infringement and invalidity of U.S. Patent Nos. 10,513,375 ("the '375 patent") and 11,492,182 ("the
26 '182 patent") (collectively, the "patents-in-suit"). EcoSafe denies that the patents-in-suit are not infringed
27 and/or invalid.
28

## Jurisdiction

2. Admitted.

3. Admitted.

4. EcoSafe admits that this action arises under the patent laws of the United States and that the Court has subject matter jurisdiction over this action. The remaining allegations in this paragraph state a legal conclusion to which no response is required. To the extent a response is required, EcoSafe admits that the Court has jurisdiction at least under 28 U.S.C. § 1338.

5. Admitted.

6. Admitted.

7. The allegations in this paragraph state a legal conclusion to which no response is required. To the extent a response is deemed to be required, EcoSafe does not dispute that an actual controversy exists between EcoSafe and GPA as to whether GPA infringes the patents-in-suit and whether the patents-in-suit are valid. EcoSafe denies the remaining allegations in paragraph 7, and specifically denies that GPA is entitled to a declaratory judgment that the patents-in-suit are (a) not infringed and (b) invalid.

## COUNTERCLAIM I

### (Declaratory Judgement of Patent Non-Infringement)

8. Admitted.

9. EcoSafe admits that "[m]ost, if not all claims of the patents-in-suit require a 'metal inner cap.'" EcoSafe admits that, on April 11, 2019, certain claims in the application that ultimately issued as the '375 patent were amended to include, among other things, the word "metal" before "inner cap," "plate," and "outer cap." EcoSafe admits that the applicant stated, among other things: "Of course, at a higher level, the cited documents likewise fail to make any mention or suggestion of a cap assembly comprising inner and outer caps and a plate all of which are 'metal' as recited in Applicant's claims." EcoSafe denies the remaining allegations of paragraph 9.

10. Denied.

11. Denied.

12. Denied.

## COUNTERCLAIM II

### (Declaratory Judgement of Patent Invalidity)

13. Admitted.

14. EcoSafe admits that "[m]ost, if not all claims of the patents-in-suit require a 'metal inner cap.'" EcoSafe admits that, on April 11, 2019, certain claims in the application that ultimately issued as the '375 patent were amended to include, among other things, the word "metal" before "inner cap," "plate," and "outer cap." EcoSafe admits that the applicant stated, among other things: "Of course, at a higher level, the cited documents likewise fail to make any mention or suggestion of a cap assembly comprising inner and outer caps and a plate all of which are 'metal' as recited in Applicant's claims." EcoSafe denies the remaining allegations of paragraph 14.

15. Denied.

16. Denied.

### RESPONSE TO PRAYER FOR RELIEF

GPA's prayer for relief contains no allegations, and EcoSafe therefore is not required to response. To the extent that any factual allegations are included in these portions of GPA's counterclaims, EcoSafe denies those allegations. EcoSafe further denies that GPA is entitled to any of the relief requested in the counterclaims. EcoSafe further denies any allegation that has not been specifically admitted in paragraphs 1-16 above.

Dated: March 3, 2026                Respectfully submitted,

/s/ Edward R. Nelson III

Edward R. Nelson III (*admitted Pro Hac Vice*)
Texas Bar No. 00797142
Christopher G. Granaghan (*admitted Pro Hac Vice*)
Texas Bar No. 24078585
Carder W. Brooks (*admitted Pro Hac Vice*)
Texas Bar No. 24105536
Jinming Zhang (*admitted Pro Hac Vice*)
Virginia Bar. No. 96210
ed@nelbum.com
chris@nelbum.com
carder@nelbum.com
jinming@nelbum.com

NELSON BUMGARDNER CONROY P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111

Ryan E. Hatch (SBN 235577)
ryan@hatchlaw.com
HATCH LAW, PC
13323 Washington Blvd., Suite 100
Los Angeles, CA 90066
Tel: 310-279-5079
Fax: 310-693-5328

**Attorneys for Plaintiff**
**ECOSAFE PACKAGING, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on this March 3, 2026.

/s/ *Edward R. Nelson III*